STATE OF MONTANA EX REL JOHN JORDAN KELLY, RELATOR, *v.* THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT, OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF MADISON, AND THE HONORABLE JAMES D. FREEBOURN, PRESIDING JUDGE, RESPONDENT.

No. 13985.
Oct. 6, 1977.

Daniel R. Sweeney, Leonard J. Haxby, Butte, for relator.

### ORDER

PER CURIAM:

IT IS ORDERED that the petition for writ of supervisory control, or other appropriate remedy, is hereby denied.

DATED this 6th day of October, 1977.